■ In the Matter of ISAAC ROTHBLUM, Appellant, against TEMPORARY STATE HOUSING RENT COMMISSION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ EMORY E. SMITH, Respondent, v. STEPHEN D. FULLER et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HENRY CARDONA.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ HELEN SCHAEFER v. ALICE WILLIAMS, as Acting President. In the Matter of SAUL YELLIN et al.— Motion for stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before December 24, 1959, with notice of argument for January 5, 1960. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ FRED I. ZABRISKIE et al., v. HYMAN L. ZOLOTO et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 21, 1960, with notice of argument for February 2, 1960, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ MARY COOPER v. BERNARD G. WALPIN et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before January 7, 1959, with notice of argument for January 19, 1959, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of the Arbitration between STANLEY J. STAKLINSKI and PYRAMID ELECTRIC COMPANY.— Motion granted insofar as to permit the appellant to dispense with printing the exhibits set forth in the schedule attached to the moving papers, on condition that five copies of such exhibits are filed with the Clerk of this court on or before the Wednesday preceding the day for which the appeal shall be noticed for argument. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of MARTIN ROTHSTONE, an Incompetent Person. MARIE STAVIES et al.; EDWARD V. LOUGHLIN, as Committee, et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 7, 1960, with notice of argument for January 19, 1960. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ CARL BERKOWITZ v. WILLIAM STROUD et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before January 5, 1960, with notice of argument for the February 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ MARVIN SMALL v. SYLVIA C. SMALL, Defendant and Third-Party Plaintiff-Appellant. JACOB D. WEINTRAUB et al., Third-Party Defendants-Respondents.— Motion by third-party-defendants to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.